FRED W. VAN AMBURGH v. ANNA MARGARET VAN AMBURGH.— Motion granted on condition that appellant procure record on appeal and appellant's points to

be filed so appeal can be argued on or before the 6th day of February, 1923. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.